UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIANE POWERS,<br><br>                          Plaintiff,<br><br>      v.<br><br>NATIONAL RECOVERY SOLUTIONS, LLC,<br><br>                         Defendant. | 6:13-cv-00277-TC<br><br>JUDGMENT |

Pursuant to plaintiff's notice of voluntary dismissal (ECF No. 5), this matter is dismissed with prejudice.

DATED this 5th day of June 2013.


                                              Mary L. Moran, Clerk of Court

                                              by: /s/ Paul Bruch
                                                  Paul Bruch, Deputy Clerk